In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00385-CV**

_____


**ELE LAND HOLDINGS, LLC, Appellant**

**V.**

**TRIDENT INSTRASTATE PIPELINE, LLC, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 25CCCV0600**

_____

**MEMORANDUM OPINION**

ELE Land Holdings, LLC, Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant informs the Court that it intended to request a trial de novo in the County Court at Law of a condemnation award by the special commissioners. It appears the notice of appeal was forwarded to the Court

1

of Appeals by mistake. Appellant filed the motion before the appellate court issued

a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 12, 2025
Opinion Delivered November 13, 2025

Before Golemon, C.J., Johnson and Wright, JJ.